COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. UNITED STATES & INTERNATIONAL SECURITIES CORPORATION, Respondent.

UNITED STATES & INTERNATIONAL SECURITIES CORPORATION, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

Nos. 7902, 7903.

Circuit Court of Appeals, Third Circuit.

Submitted on Rehearing Oct. 14, 1943.

Decided Oct. 19, 1943.

For former opinion, see 130 F.2d 894.

Before BIGGS, MARIS, and JONES, Circuit Judges.

PER CURIAM.

In conformity with the stipulation of counsel filed October 14, 1943. it is ordered that the decision of the United States Board of Tax Appeals (now the Tax Court of the United States) in the above entitled cause be, and the same is hereby, affirmed.

**In the Matter of Stacey E. DOWNS, Bankrupt.**

Luther T. LYLE, Appellant, v. Stacey E. DOWNS, Appellee.

No. 9487.

Circuit Court of Appeals, Sixth Circuit.
Oct. 19, 1943.

Mitchell Wilby, of Cincinnati, Ohio, for appellant.

Allen C. Roudebush, of Cincinnati, Ohio, for appellee.

Before SIMONS, HAMILTON, and McALLISTER, Circuit Judges.

PER CURIAM.

In an appeal from judgment affirming an order of the Referee in Bankruptcy granting a discharge, it appears that the issues involved are all issues of fact upon which there were concurrent findings of the court and the Referee; and it being our view that no demonstration is made by brief or argument that such findings are clearly erroneous, it is ordered that the judgment below be, and it is hereby, affirmed.

GENERAL MOTORS CORPORATION, a Delaware Corporation, v. Paul PROFITT, a Minor, by Josephine Profitt, his Legal Guardian, and Marvilla Bridges, Adm'r of Estate of Edgar K. Blanton, Deceased.

No. 9626.

Circuit Court of Appeals, Sixth Circuit.
Oct. 8, 1943.

Frederick J. Ward and Robert E. Plunkett, both of Detroit, Mich., for appellant.

Lee C. McManus, of Detroit, Mich., for appellee.

Before SIMONS, MARTIN, and McALLISTER, Circuit Judges.

PER CURIAM.

Upon consideration of the briefs and record in the above cause and of the oral argument of counsel, and the court being of the opinion that the proofs presented an issue of fact for consideration of the jury and that there were no prejudicial errors of law properly reserved for review; it is ordered that the motion to dismiss the appeal be denied, and it is further ordered that the judgment below be, and it is hereby, affirmed.